## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MICHAEL NSIEN, and<br><br>2. UZOAMAKA NSIEN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>1. COUNTRY MUTUAL INSURANCE<br>　　COMPANY d/b/a COUNTRY<br>　　FINANCIAL, a Foreign Corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  Case No. 16-CV-530-JED-TLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Country Mutual Insurance Company, d/b/a Country Financial ("CMIC"), herby submits its Notice of Removal. In support of its Notice of Removal, CMIC alleges and states as follows:

1. The above-captioned matter is a civil action currently pending in Tulsa County District Court, State of Oklahoma. (*See* Exhibit 1, Plaintiff's Petition). This civil lawsuit falls within this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a). Accordingly, it can be removed to this Court by CMIC pursuant to the provisions of 28 U.S.C. § 1441, because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2. On July 26, 2016, Plaintiffs, Michael and Uzoamaka Nsien ("Plaintiffs") commenced a civil action in the District Court of Tulsa County, State of Oklahoma, styled as *Nsien v. Country*

*Mutual Insurance Company, d/b/a Country Financial*, Case No. CJ-2016-02713. (*See* Exhibit 1, Plaintiffs' Petition).

3. On August 2, 2016, CMIC was served with a copy of the Summons and Petition through the Oklahoma Insurance Department via certified mail. (*See* Exhibit 2, Original Summons).

4. Plaintiffs bring the current lawsuit pursuant to an automobile policy of insurance issued by CMIC. Plaintiffs allege that on March 21, 2016, they were involved in a motor vehicle accident located at the intersection of Aspen Ave. and Ohama St. in Broken Arrow, Oklahoma. (*See* Exhibit 1, Plaintiffs' Petition, at ¶ 16). As a result of the accident, Plaintiffs allege they sustained physical injuries and sought medical treatment. (*See* Exhibit 1, Plaintiffs' Petition, at ¶ 17).

5. Plaintiff further allege that they presented their claim including medical bills to CMIC; however, CMIC denied coverage for the accident based on an alleged lapse in coverage in Plaintiffs' policy (*See* Exhibit 1, Plaintiffs' Petition, at ¶¶ 18-19).

6. Plaintiffs assert a cause of action against CMIC for (1) bad faith; (2) breach of contract; and (3) punitive damages. (*See* Exhibit 1, Plaintiffs' Petition, at ¶¶ 23-35).

7. In their Petition, Plaintiffs state "[t]he amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00)." (*See* Exhibit 1, Plaintiffs' Petition, at ¶ 7). Accordingly, it is undisputed that the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. As to the question of diversity between the parties, Plaintiffs are residents of Broken Arrow, Tulsa County, Oklahoma. (*See* Exhibit 1, Plaintiffs' Petition, at ¶¶ 1-2). CMIC is a foreign corporation incorporated under the laws of the State of Illinois with its headquarters and principal place of business in Illinois. (*See* Exhibit 1, Plaintiffs' Petition, at ¶ 4). Therefore,

there is complete diversity of the parties and this matter is properly subject to removal to federal court.

9. The Notice of Removal is filed within thirty (30) days following the receipt by CMIC of Plaintiffs' Summons and Petition. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446. (*See* Exhibit 2, Original Summons).

10. Removal of this case is proper pursuant to 28 U.S.C. §§ 1441 and 1446, in that there is complete diversity of citizenship between Plaintiffs, Oklahoma residents, and CMIC, a foreign corporation. Further, the amount in controversy exceeds the amount of $75,000.00, exclusive of interest and costs. Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

11. CMIC expressly does not waive any of the defenses and objections set forth in Rule 12(b) of the Federal Rules of Civil Procedure.

12. All state court papers filed in this action at the time of removal and the docket sheet are attached hereto as Exhibit "3".

13. Written notice of the filing of this Notice of Removal will be given promptly to the Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Tulsa County, State of Oklahoma as provided by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, Country Mutual Insurance Company, d/b/a Country Financial prays that this action be removed to the United States District Court for the Northern District of Oklahoma.

        Respectfully Submitted,

        **WILBURN, MASTERSON & FLEURY**

        By  _s/David R. Fleury_____
           **MICHAEL J. MASTERSON, OBA# 5769**
           **DAVID R. FLEURY, OBA# 31059**
           *Attorneys for Defendant, Country Mutual Insurance Company, d/b/a Country Financial*
           2421 E. Skelly Dr.
           Tulsa, OK  74105-6006
           (918) 494-0414
           FAX:  (918) 493-3455
           E-Mail: david.fleury@wilburnmasterson.com

## CERTIFICATE OF SERVICE

    I, DAVID R. FLEURY, hereby certify that on this 12th day of August, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Raymond S. Allred
Charles L. Richardson
Brian K. Melton
Richardson, Richardson & Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
*Attorneys for Michael & Uzoamaka Nsien*

           _s/David R. Fleury_____
           **DAVID R. FLEURY**

/drf