IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL NSIEN and UZOAMAKA NSIEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTRY MUTUAL INSURANCE )<br>COMPANY d/b/a COUNTRY FINANCIAL, )<br>a foreign corporation, )<br>)<br>Defendant. ) | Case No. 16-CV-530-JED-JFJ |

**ORDER**

On March 21, 2019, after this litigation was settled, Richardson Richardson Boudreaux ("RRB") entered a special appearance for the purpose of filing a Motion to Determine Lien (Doc. 102). The Motion to Determine Lien involves a dispute over whether a check in the amount of $1,723.31 made payable to both RRB and Plaintiffs, which is a portion of a settlement reached between Plaintiffs and Defendant Country Mutual Insurance ("Defendant"), should be distributed to Plaintiffs or RRB.

Magistrate Judge Jodi F. Jayne held a hearing on the Motion to Determine Lien on April 17, 2019. On May 6, 2019, Judge Jayne entered a Report and Recommendation ("R&R") (Doc. 121) in which she found that RRB is legally entitled to $1,703.31 of the settlement proceeds paid by Defendant to Plaintiffs.

Pursuant to Fed. R. Civ. P. 72(b)(3), "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." The time for filing objections to Judge Jayne's

R&R has expired, and no objections were filed. Upon an independent review of the record and the issues presented, the Court agrees with Judge Jayne's findings and conclusions in the R&R.

IT IS THEREFORE ORDERED that the R&R (Doc. 121) is **accepted**, and RRB's Motion to Determine Lien (Doc. 102) is **granted** in the amount of $1,703.31. Plaintiffs and RRB shall endorse the $1,723.31 check with $1,703.31 to be distributed to RRB and $20.00 to be distributed to Plaintiffs.

SO ORDERED this 21st day of May, 2019.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT